Where delay in paying transfer tax has been in part caused by the fact that the fund was in litigation, the penalty for such portion of the delay should be remitted.

2. SAME—NOTICE OF APPRAISAL.

    Where the record does not show that the proper officers representing the people had notice of an appraisal for transfer tax, the appraisal was irregular.

3. SAME—APPRAISER'S REPORT.

    An appraiser's report must show the foundation of his findings.

In the matter of the estate of Henry B. Bolton. Application for remission of transfer tax penalty. Application granted.

A. Oldrin Salter, for estate.

FITZGERALD, J. The suspension of the tax proceeding until the determination of the litigation referred to in the moving papers furnishes abundant reason for granting the application for the remission of the penalty. Interest upon the tax fixed will be charged at the rate of 6 per cent. per annum from the date of accrual up to the 1st day of March, 1899, from which date the penalty at the rate of 10 per cent. will be charged. This proceeding was instituted by the district attorney. During the suspension of the appraisal the petitioner went out of office. The order appointing the appraiser directed him to notify the comptroller of the city of New York of the time and place of the appraisal, but the proof of service does not show that this direction was complied with, nor does the record show any appearance on behalf of the state. The sole asset consisted of shares of stock in a corporation, and the appraiser adopted the opinion of the president and treasurer of the company as to its value. The basis of these opinions is not given, and there is virtually no foundation for the finding of the appraiser. Under the circumstances, I shall direct that a new appraisal be made by one of the official appraisers, who shall issue new notices to the parties entitled thereto, including the state comptroller and the pres-

ent district attorney. Upon the conclusion of the proceeding an appropriate decree may be presented, of which the petitioning district attorney and the present incumbent of the office should have notice, in order that their respective claims to costs may be adjusted.

Decreed accordingly.